# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 8, 2013

## NO. 03-11-00654-CR

**William Ray Sponsler, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN**
**MODIFIED AND, AS MODIFIED, AFFIRMED --**
**OPINION BY CHIEF JUSTICE JONES**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was error in the trial court's judgments of conviction, but that such error does not require the judgments of conviction be reversed: **IT IS THEREFORE** considered, adjudged and ordered that the trial court's judgments of conviction are modified as follows: (1) the judgment of conviction for possession of a controlled substance shall reflect that the "Charged Punishment Range" is "Second Degree Felony" and that the "Plea to Enhancement Paragraphs" is "True"; (2) the judgment of conviction for unlawful possession of a firearm by a felon shall reflect that the "Charged Punishment Range" is "Third Degree Felony" and that the "Plea to Enhancement Paragraphs" is "True." As so modified, the trial court's judgments of conviction are affirmed. It **FURTHER** appearing to the Court that the

appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.